UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOTIRIOS GIANNAKOPOULOS and
MARGARITA GIANNAKOPOULOS,	Case No. 15-11971

    Plaintiffs,	Honorable John Corbett O'Meara

v.

U.S. BANK NATIONAL ASSOCIATION, *et. al.*,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' JULY 23, 2015 MOTION TO DISMISS

This matter came before the court on Defendants' July 23, 2015 motion to dismiss. On July 16, 2015, this court granted Plaintiffs' attorney leave to withdraw as counsel; and Plaintiffs were given 30 days in which to retain new counsel or notify the court that they were representing themselves. No new counsel has filed an appearance, and Plaintiffs have not informed the court that they are representing themselves.

In addition, Defendants filed a motion to dismiss July 23, 2015. In its July 27, 2015 Notice of Determination of Motion without Oral Argument, this court allowed Plaintiffs until September 30, 2015, to file a response. To date Plaintiffs have failed to file a response. Therefore, it is hereby **ORDERED** that Defendants' July 23, 2015 motion to dismiss is **GRANTED** for the reasons set forth in the motion.

                                                  s/John Corbett O'Meara
                                                United States District Judge

Date: October 5, 2015

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 5, 2015, using the ECF system and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager